| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION | |
| Case number *(if known)* _____    Chapter  **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Dr. John C. Dragon, OD & Associates, PLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **54-1438606** |
| 4. | Debtor's address | **Principal place of business** <br><br> **7525 Tidewater Drive, Suite 41** <br> **Norfolk, VA 23505** <br> Number, Street, City, State & ZIP Code <br><br> **Norfolk City** <br> County <br><br> | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.southerneyecare2020.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Dr. John C. Dragon, OD & Associates, PLC**                                            Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6213__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                                    Relationship _____
    District _____  When _____                    Case number, if known _____

Debtor    **Dr. John C. Dragon, OD & Associates, PLC** _____    Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000            ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Dr. John C. Dragon, OD & Associates, PLC**                                    Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2025**
MM / DD / YYYY

**X** /s/   **John C. Dragon**                                      **John C. Dragon**
Signature of authorized representative of debtor                     Printed name

Title  **President**

**18. Signature of attorney**    **X** /s/ Paul Driscoll                           Date  **April 17, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Paul Driscoll 33476**
Printed name

**Zemanian Law Group**
Firm name

**223 East City Hall Ave.**
**Norfolk, VA 23510**
Number, Street, City, State & ZIP Code

Contact phone  **(757) 622-0090**    Email address  **paul@zemanianlaw.com**

**33476 VA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Dr. John C. Dragon, OD & Associates, PLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 17, 2025**     X   **/s/   John C. Dragon**
                                            Signature of individual signing on behalf of debtor

                                          **John C. Dragon**
                                            Printed name

                                          **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Dr. John C. Dragon, OD & Associates, PLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABB/Con-cise Optical Group, LLC d/b/a ABB Optical Group**<br>12301 NW 39th Street<br>Coral Springs, FL 33065 | | inventory | | | | $29,515.79 |
| **Barclays Advance LLC**<br>651 North Broad Street, Suite 201<br>Middletown, DE 19709 | | | | $13,500.00 | $0.00 | $13,500.00 |
| **BayFirst National Bank**<br>700 Central Avenue MAIL Code 206<br>Saint Petersburg, FL 33701 | | SBA Loan | | | | $143,382.98 |
| **Central-1-Optical, LLC d/b/a Homer Optical Company**<br>2401 Linden Lane<br>Silver Spring, MD 20910 | | Lenses | | | | $81,649.42 |
| **East Hudson Capital, LLC  30116 d/b/a Global Capital Experts**<br>27-01 Queens Plaza North, Suite 802<br>Long Island City, NY 11101 | underwriting@globalfundingexperts.com | | | $34,040.00 | $0.00 | $34,040.00 |

Debtor   **Dr. John C. Dragon, OD & Associates, PLC**  
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Fintegra, LLC<br>99 Wall Street, Suite 686<br>New York, NY 10005 | | | | $139,000.00 | $0.00 | $139,000.00 |
| Flagler Advance LLC<br>c/o Henry White, Managing Member<br>732 South 6th Street Suite R<br>Las Vegas, NV 89101 | | | | $203,000.00 | $0.00 | $203,000.00 |
| IBIX Advance Group, LLC d/b/a IGA<br>500 West Putnam Ave, Suite 400<br>Greenwich, CT 06830-6096 | deals@velocitycg.com | | | $89,298.00 | $0.00 | $89,298.00 |
| Instafunding, LLC<br>1647 Belle Boulevard, Second Floor<br>Bayside, NY 11360 | | | | $110,500.00 | $0.00 | $110,500.00 |
| IOU Central, Inc.<br>600 Town Park Lane, suite 100<br>Kennesaw, GA 30144 | | | | $66,688.89 | $0.00 | $66,688.89 |
| Luxottica of America, Inc.<br>12 Harbour Park Drive<br>Port Washington, NY 11050 | | inventory | | | | $28,791.49 |
| Ocean Funding Corp<br>14151 West Cypress Creek Road, Ste 300-PMB#334<br>Fort Lauderdale, FL 33309 | | Accounts receivable as of 4/___/2025 | | $9,600.00 | $250,000.00 | $9,600.00 |
| ODK Capital LLC d/b/a On Deck<br>4700 West Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 | | | | $27,992.34 | $0.00 | $27,992.34 |
| Pearlman Buying Group<br>P.O. Box 8917<br>Carol Stream, IL 60197-8917 | | inventory | | | | $9,454.77 |

Debtor **Dr. John C. Dragon, OD & Associates, PLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PNC Bank** P.O. Box 747066 Pittsburgh, PA 15274-7066 | | **Accounts receivable as of 4/___/2025** | | $985,001.42 | $250,000.00 | $735,001.42 |
| **PNC Bank** P.O. Box 747066 Pittsburgh, PA 15274-7066 | | **Business Line of Credit** | | | | $205,095.82 |
| **RCC Southern Shopping Center, LLC** ATTN: Ashby Hackney, Registered Agent 6806 Paragon Place, Suite 120 Richmond, VA 23230-1824 | | **Lease deficiency** | | | | $36,784.46 |
| **Truist Bank** Post Office Box 400 Wilson, NC 27894-0400 | | **Business Rewards MasterCard** | | | | $51,001.33 |
| **Truist Bank** 214 North Tryon Street Charlotte, NC 28202 | | **Small Business Line of Credit** | | | | $50,524.59 |
| **Velocity Capital Group d/b/a ILend Advance** 91 Carman Ave, Suite 400 Cedarhurst, NY 11516 | | | | $67,500.00 | $0.00 | $67,500.00 |

**United States Bankruptcy Court**
**Eastern District of Virginia, Norfolk Division**

In re  **Dr. John C. Dragon, OD & Associates, PLC**                                                   Case No.
                                                 Debtor(s)                                            Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John C. Dragon**, declare under penalty of perjury that I am the **President** of **Dr. John C. Dragon, OD & Associates, PLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of April, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John C. Dragon**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John C. Dragon**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John C. Dragon**, **President** of this Corporation is authorized and directed to employ **Paul Driscoll 33476**, attorney and the law firm of **Zemanian Law Group** to represent the corporation in such bankruptcy case."

Date  **April 17, 2025**                                       Signed  **/s/ John C. Dragon**
                                                                       **John C. Dragon**

Resolution of Board of Directors
of
**Dr. John C. Dragon, OD & Associates, PLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John C. Dragon**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John C. Dragon**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John C. Dragon**, **President** of this Corporation is authorized and directed to employ **Paul Driscoll 33476** , attorney and the law firm of **Zemanian Law Group** to represent the corporation in such bankruptcy case.

Date  **April 17, 2025**          Signed  **/s/ John C. Dragon, Sole Director**

Date  **April 17, 2025**          Signed

AARP Medicare Supplement
P.O. Box 740819
Atlanta, GA 30374


ABB/Con-cise Optical Group, LLC
d/b/a ABB Optical Group
12301 NW 39th Street
Coral Springs, FL 33065


Adriane D. Brown
550 Belaire Avenue, Apt. 313
Chesapeake, VA 23320


Advance Eyecare Finance
1310 Madrid Street
Marshall, MN 56258


Advancing Eyecare Finance
1310 Madrid Street
Marshall, MN 56258


Aetna
151 Farmington Ave
Hartford, CT 06156


Alcon Vision, LLC
6201 South Freeway
Fort Worth, TX 76134-2099


Altair
Post Office Box 45036
San Francisco, CA 94145-0036


AMO Sales and Service, Inc.
1000 US Highway 202 South
Raritan, NJ 08869


Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626


Barclays Advance LLC
651 North Broad Street, Suite 201
Middletown, DE 19709


Bausch & Lomb Americas Inc.
d/b/a Bausch + Lomb
400 Somerset Corporate Blvd, 8th Floor
Bridgewater, NJ 08807


BayFirst National Bank
700 Central Avenue
MAIL Code 206
Saint Petersburg, FL 33701

Central-1-Optical, LLC
d/b/a Homer Optical Company
2401 Linden Lane
Silver Spring, MD 20910


ChanPean Posri-Thomas
9601 9th View Ave, Unit No. 101
Norfolk, VA 23503


Ciera Milton
3413 Trexler Ave
Portsmouth, VA 23704


Cintas Corp.
P.O. Box 630803
Cincinnati, OH 45263-0803


Citizens Bank
Post Office Box 7000
Providence, RI 02940


Citizens Bank, N.A.
One Citizens Plaza
Providence, RI 02903


Cooper Vision, Inc.
Post Office Box 14509
Cincinnati, OH 45250-5409


Corporation Service Company
Registered Agent for Truist Bank,
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100


Covington Hendrix Anderson Achitects
360 Southport Circle, Suite 104
Virginia Beach, VA 23452


Cox Business
Dept No. 102422
P.O. Box 9500
Philadelphia, PA 19195-0001


Cox Business
P.O. Box 1259
Oaks, PA 19456


Debra L. Fuller
345 Cardinal Lane
Elberon, VA 23846


Dominion Energy
Post Office Box 26543
Richmond, VA 23290-0001

```
East Hudson Capital, LLC 30116
d/b/a Global Capital Experts
27-01 Queens Plaza North, Suite 802
Long Island City, NY 11101


ESI Systems
P.O. Box 74018
Atlanta, GA 30374-0158


Essilor Laboratories of America, Inc.
d/b/a Southern Optical
1909 North Church Street
Greensboro, NC 27405


Fintegra, LLC
99 Wall Street, Suite 686
New York, NY 10005


Flagler Advance LLC
c/o Henry White, Managing Member
732 South 6th Street Suite R
Las Vegas, NV 89101


Hampton Roads Sanitation District
Post Office Box 5911
Virginia Beach, VA 23471-0911


Hartford Fire Insurance Company
P.O. Box 660916
Dallas, TX 75266-0916


Hickory Hawks Baseball Club, Inc.
516 Baylor Court
Chesapeake, VA 23320


IBIX Advance Group, LLC d/b/a IGA
500 West Putnam Ave, Suite 400
Greenwich, CT 06830-6096


Instafunding, LLC
1647 Belle Boulevard, Second Floor
Bayside, NY 11360


IOU Central, Inc.
600 Town Park Lane, suite 100
Kennesaw, GA 30144


IPFS Corporation
Post Office Box 412066
Kansas City, MO 64141-2086


IPFS Corporation
1055 Broadway, 11th Floor
Kansas City, MO 64105
```

Jahnai C. Jones
25 Colonial Acres Drive
Chesapeake, VA 23325


Jasmine L. Banks
1605 Ridge Road
Virginia Beach, VA 23464


John C. Dragon, O.D.
1004 Noelle Court
Chesapeake, VA 23323


John T. Dragon
318 Matlack Street
West Chester, PA 19380-2642


Johnson & Johnson Vision Care, Inc.
7500 Centurion Parkway
Jacksonville, FL 32256


Kering Eyewear USA, Inc.
200 Somerset Corporate Blvd., Suite 4002
Bridgewater, NJ 08807


Kiara T. Hamlett
2516 Bombay Landing
Virginia Beach, VA 23456


Kim H. Pham
3714 Skyline Drive
Manvel, TX 77578


Lenovo Financial Services
P.O. Box 550599
Jacksonville, FL 32255-0566


Luxottica of America, Inc.
12 Harbour Park Drive
Port Washington, NY 11050


Marshon Eyewear, Inc.
201 Old Country Road
Melville, NY 11747


Melanie D. Hayes
2905 Elbryne Drive
Chesapeake, VA 23325


Morgan E. Maharty
4188 John Richardson Lane
Williamsburg, VA 23188-8049


Natoya T. Newkirk
2108 Pier Point Place
Virginia Beach, VA 23455

```
New York Eye
Post Office Box 9003
Amityville, NY 11701-9003


Ocean Funding Corp
14151 West Cypress Creek Road, Ste 300-P
Fort Lauderdale, FL 33309


OCuSoft, Inc.
P.O. Box 429
Richmond, TX 77406-0429


ODK Capital LLC d/b/a On Deck
4700 West Daybreak Parkway, Suite 200
South Jordan, UT 84009


Optigenics
Post Office Box 4894
Syracuse, NY 13221


Patricia Hausenfluck
414 Fresh Meadow Road
Norfolk, VA 23503


Pearlman Buying Group
P.O. Box 8917
Carol Stream, IL 60197-8917


PNC Bank
P.O. Box 747066
Pittsburgh, PA 15274-7066


Quadient Leasing
478 Wheelers Farms Road
Milford, CT 06461


RCC Southern Shopping Center, LLC
ATTN: Ashby Hackney, Registered Agent
6806 Paragon Place, Suite 120
Richmond, VA 23230-1824


Rise Alliance
22 West 38th Street, 2d Floor
New York, NY 10038


Safilo USA, Inc.
Post Office Box 23676
New York, NY 10087-3676


Samantha N. Muscarella
1901 Brigantine Heights, #300
Suffolk, VA 23434


SD Eyewear
P.O. Box 548
Oneonta, NY 13820
```

Shaniqua A. Spruill
2705 Ballentine Boulevard
Norfolk, VA 23509


Southern Optical
P.O. Box 815519
Dallas, TX 75381-5519


Stericycle, Inc.
28883 Network Place
Norfolk, VA 23505-3700


Stifel, Nicolaus and Company
501 North Broadway
Saint Louis, MO 63102


Stuart-Lippmann and Associates,
c/o Stuart-Lippmann and Associates, Inc.
5447 East 5th Street #114
Tucson, AZ 85711-2345


SynergEyes, LLC
2236 Rutherford Road, Suite 115
Carlsbad, CA 92008


Theresa L. Batac, O.D.
2233 Haversham Close
Virginia Beach, VA 23454


Tierra Smith
820 Beckley Lane
Chesapeake, VA 23322-9057


T-Mobile for Business
P.O. Box 742596
Cincinnati, OH 45274-2596


Truist Bank
214 North Tryon Street
Charlotte, NC 28202


Truist Bank
Post Office Box 400
Wilson, NC 27894-0400


U. S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


United Concordia Dental
1800 Center Street
Camp Hill, PA 17011

```
Velocity Capital Group
d/b/a ILend Advance
91 Carman Ave, Suite 400
Cedarhurst, NY 11516


Virginia Natural Gas, Inc.
544 South Independence Blvd
Virginia Beach, VA 23452-1104


Waste Management of Virginia, Inc.
d/b/a Hampton Roads Hauling
800 Capitol Street, Suite 3000
Houston, TX 77002-2945
```

# United States Bankruptcy Court
## Eastern District of Virginia, Norfolk Division

In re  **Dr. John C. Dragon, OD & Associates, PLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dr. John C. Dragon, OD & Associates, PLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**April 17, 2025**  
Date

**/s/ Paul Driscoll**  
**Paul Driscoll 33476**  
Signature of Attorney or Litigant  
Counsel for **Dr. John C. Dragon, OD & Associates, PLC**  
**Zemanian Law Group**  
**223 East City Hall Ave.**  
**Norfolk, VA 23510**  
**(757) 622-0090  Fax:**  
**paul@zemanianlaw.com**